AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Kevin Lamont Green,

                              JUDGMENT IN A CIVIL CASE

          v.                    CASE NUMBER: CV414-170,
                                                            CR412-207,

United States of America,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 2/2/15, granting the motion to dismiss, judgment is hereby entered dismissing the case.

2/3/15
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03